**Order filed October 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01019-CV
_____

**LORETTA BRANCH, GRAYLYN JUDKINS AND WANDA FORD,**
**Appellants**

**V.**

**MONUMENTAL LIFE INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CIO46943**

---

## ORDER

This is an appeal from a judgment signed October 9, 2012. On November 8, 2012, appellant Loretta Branch filed a pro se notice of appeal purportedly on behalf of herself, Graylyn Judkins, and Wanda Ford. Branch signed the notice of appeal pro se, but Judkins and Ford did not sign the notice of appeal. On December 6, 2012, Branch signed and filed an amended notice of appeal on behalf of herself and Judkins. On December 11, 2012, Ford signed and filed a pro se

amended notice of appeal. Judkins did not sign either the original notice of appeal or the amended notice.

On June 12, 2013, Branch filed a pro se appellant's brief raising issues on her own behalf, but did not attempt to raise issues on behalf of Judkins or Ford. No brief has been filed in this court on behalf of either Judkins or Ford.

The Rules of Appellate Procedure require a party who is not represented by counsel, as in this case, to sign any document the party files. *See* Tex. R. App. P. 9.1(b). Therefore, with regard to Judkins, the notices of appeal are defective. The appeal with regard to Judkins will be dismissed unless Judkins files a response to this order demonstrating that the appeal should continue on or before **November 22, 2013.**

In addition, an individual must appear in person or by an attorney. *See* Tex. R. Civ. P. 7.; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). Although Ford filed an amended notice of appeal on her own behalf, she has failed to timely file an appellant's brief. Therefore, unless Ford submits a brief to the clerk of this court on or before **November 22, 2013**, the court will dismiss the appeal with regard to Ford for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM